UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 3:07-CR-160 |
| V. ) | (Phillips / Guyton) |
| ) | |
| RONALD EUGENE OGLE, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on defendant Ronald Ogle's Motion To Extend Motion Cut-Off Deadline [Doc. 9]. The defendant asks the Court to extend his April 29, 2008, motions deadline to May 13, 2008, due to the need for further factual investigation in the case, consideration of pretrial motions following that investigation and the conduct of legal research. The government does not oppose the request.

The Court finds that good cause has been shown to extend the deadline previously establish for filing of motions. Accordingly, defendant's Motion to Extend Motion Cut-Off Deadline **[Doc. 9]** is **GRANTED**. Pretrial motions will be due by **May 13, 2008,** and any responses are due **May 28, 2008.**

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge