UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-160 |
| | ) | |
| RONALD EUGENE OGLE, | ) | (PHILLIPS/GUYTON) |
| | ) | |
| Defendant. | ) | |

**O R D E R**

This case is before the Court on the Defendant's Motion in Limine to Deny the Use of a 911 Call in the Government's Case in Chief [Doc. 32] and Motion in Limine to Exclude Rule 404(b) Evidence [Doc. 39], both of which were referred [Doc. 48] to the undersigned on December 15, 2009. See 28 U.S.C. § 636(b). On March 16, 2010, the Defendant filed a Motion to Withdraw All Pending Motions [Doc. 51], stating that the Defendant has signed a plea agreement and has a change of plea hearing scheduled on April 6, 2010. Based upon the representations of the Defendant, the Motion to Withdraw All Pending Motions [**Doc. 51**] is **GRANTED**. Accordingly, the Defendant's Motion in Limine to Deny the Use of a 911 Call in the Government's Case in Chief [**Doc. 32**] and Motion in Limine to Exclude Rule 404(b) Evidence [**Doc. 39**] are **DENIED as moot**.

**IT IS SO ORDERED.**

ENTER:

　　s/ H. Bruce Guyton　　
United States Magistrate Judge